# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRYAN C. WINSTON, DAVID FREE, JEROME PENDLETON, MICHAEL LANIER and ULESEY O'NEIL,**

        **Plaintiffs,**

**-vs-**                                                          **Case No. 6:08-cv-94-Orl-22DAB**

**HUDSON FURNITURE SHOWROOM, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 30) filed on June 23, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 22, 2008 (Doc. No. 35) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 30) is GRANTED. The settlement is hereby APPROVED.

   3.  This case is DISMISSED WITH PREJUDICE.

   4.  The Clerk is directed to CLOSE the file.

   **DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 7, 2008.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

ANNE C. CONWAY  
United States District Judge